# *IN THE DISTRICT COURT OF THE UNITED STATES*
## *for the Western District of New York*

_____

|  |  |
|---|---|
|  | **MARCH 2025 GRAND JURY** <br> **(Impaneled 03/28/2025)** |
| **THE UNITED STATES OF AMERICA** | **INDICTMENT** |
| *-vs-* | |
| **BRANDON MURRAY a/k/a BG** <br> (Count 1), and | **Violations:** <br> Title 21, United States Code, <br> Sections 841(a)(1) and 846 |
| **LATIKA SAINTKITTS a/k/a Tika** <br> (Counts 1-3) | (3 Counts and Forfeiture Allegation) |

## COUNT 1

### (Narcotics Conspiracy)

### The Grand Jury Charges That:

Beginning in or before 2021, and continuing until in or about September 2024, the exact dates being unknown to the Grand Jury, in the Western District of New York, and elsewhere, the defendants, **BRANDON MURRAY a/k/a BG** and **LATIKA SAINTKITTS a/k/a Tika**, did knowingly and intentionally combine, conspire, and agree together and with others, known and unknown to the Grand Jury, to commit the following offenses, that is, to possess with intent to distribute, and to distribute:

a. 400 grams or more of a mixture and substance containing N-phenyl-N-[1-(2-phenyl-ethyl)-4-piperidinyl] propanamide (fentanyl), a Schedule II controlled substance;

b. 50 grams or more of methamphetamine, a Schedule II controlled substance;

c.  500 grams or more of a mixture and substance containing methamphetamine, a Schedule II controlled substance; and

d.  100 grams or more of a mixture and substance containing heroin, a Schedule I controlled substance,

in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), and 841(b)(1)(B).

**All in violation of Title 21, United States Code, Section 846.**

## COUNT 2

**(Distribution of Cocaine Base)**

**The Grand Jury Further Charges That:**

On or about April 3, 2024, in the Western District of New York, the defendant, **LATIKA SAINTKITTS a/k/a Tika**, did knowingly and intentionally possess with intent to distribute, and distribute, cocaine base, a Schedule II controlled substance.

**All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).**

## COUNT 3

**(Distribution of Fentanyl)**

**The Grand Jury Further Charges That:**

On or about June 14, 2024, in the Western District of New York, the defendant, **LATIKA SAINTKITTS a/k/a Tika**, did knowingly and intentionally possess with intent to distribute, and distribute, fentanyl, a Schedule II controlled substance.

**All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).**

2

## FORFEITURE ALLEGATION

### The Grand Jury Alleges That:

Upon conviction of Counts 1 through 3 of this Indictment, or any one of them, the defendants, **BRANDON MURRAY a/k/a BG** and **LATIKA SAINTKITTS a/k/a Tika**, shall forfeit to the United States, all their right, title, and interest in any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of said violation and/or any and all property used, and intended to be used, in any manner or part, to commit or to facilitate the commission of said violation, including but not limited to:

### MONETARY JUDGMENT:

A monetary judgment in the amount of one hundred and thirty thousand dollars ($130,000.00) United States currency, or an amount to be determined by the Court, equal to the total amount of proceeds obtained as a result of the offense(s) for which the defendants are charged, evidenced by a forfeiture money judgment issued by the Court.

If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendants:

(a)    cannot be located upon the exercise of due diligence,

(b)    has been transferred or sold to, or deposited with, a third person,

(c)    has been placed beyond the jurisdiction of the Court,

(d)    has been substantially diminished in value, or

(e)    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

**All pursuant to Title 21, United States Code, Sections 853(a)(1), 853(a)(2), and 853(p).**

DATED: Buffalo, New York, March 26, 2026.

MICHAEL DIGIACOMO
United States Attorney

BY:    S/JOSHUA A. VIOLANTI
_____
JOSHUA A. VIOLANTI
Assistant United States Attorney
United States Attorney's Office
Western District of New York
138 Delaware Avenue
Buffalo, New York 14202
716/843-5864
Joshua.Violanti@usdoj.gov

A TRUE BILL:


S/FOREPERSON
_____
FOREPERSON